UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lillian Roberts, Council 37, *et al.*, <br><br> *Plaintiffs*, <br><br> -against- <br><br> The State of New York, *et al,* <br><br> *Defendants*. | 1:12-CV-0046 (MAD)(DRH) |
| The New York State Law Enforcement Officers Union Council 82, *et al.*, <br><br> *Plaintiffs*, <br><br> -against- <br><br> The State of New York, *et al.*, <br><br> *Defendants*. | 1:11-CV-1525 (MAD)(DRH) |
| Danny Donohue, CSEA, *et al.*, <br><br> *Plaintiffs*, <br><br> -against- <br><br> The State of New York, *et al.*, <br><br> *Defendants*. | 1:11-CV-1530 (MAD)(DRH) |
| New York State Correctional Officers & Police Benevolent Association, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> -against- <br><br> The State of New York, *et al.*, <br><br> *Defendants*. | 1:11-CV-1523 (MAD)(DRH) |

| | |
|---|---|
| The Police Benevolent Association of the New York State Troopers, Inc., *et al.*,<br><br>*Plaintiffs*,<br><br>-against-<br><br>The State of New York, *et al.*,<br><br>*Defendants*. | 1:11-CV-1526 (MAD)(DRH) |
| The New York State Police Investigators Association, *et al.*,<br><br>*Plaintiffs*,<br><br>-against-<br><br>The State of New York, *et al.*,<br><br>*Defendants*. | 1:11-CV-1527 (MAD)(DRH) |
| Police Benevolent Association of New York State, Inc., *et al.*,<br><br>*Plaintiffs*,<br><br>-against-<br><br>The State of New York, *et al.*,<br><br>*Defendants*. | 1:11-CV-1528 (MAD)(DRH) |
| Kenneth Brynien, PEF, *et al.*,<br><br>*Plaintiffs*,<br><br>-against-<br><br>The State of New York, *et al.*,<br><br>*Defendants*. | 1:11-CV-1533 (MAD)(DRH) |

| | |
|---|---|
| Hyman Kuritz, UUP, *et al.*, <br><br> *Plaintiffs*, <br><br> -against- <br><br> The State of New York, *et al,* <br><br> *Defendants*. | 1:11-CV-1529 <br> (MAD)(DRH) |

## NOTICE OF DEFENDANTS' RULE 12(B) MOTION TO DISMISS

**ERIC T. SCHNEIDERMAN**
Attorney General of the State of New York
Attorney for Defendants
The Capitol
Albany, New York  12224-0341

By: Charles J. Quackenbush
BRN 601683
Assistant Attorney General, Of Counsel
(518) 402-2270
charles.quackenbush@ag.ny.gov

Kevin P. Hickey
BRN 509796
Assistant Attorney General, Of Counsel
(518) 474-4367
kevin.hickey@ag.ny.gov

PLEASE TAKE NOTICE that upon the plaintiffs' Complaints/Amended Complaints, defendants' Memorandum, the Declaration of AAG Charles J. Quackenbush and upon all prior proceedings, the New York State defendants on **Tuesday, April 3, 2012 at 10:00 a.m.** will make a Motion at the United States District Court, Northern District of New York, Albany, N.Y. before the Honorable United States District Judge Mae A. D'Agostino for a Decision and Order dismissing plaintiffs' actions pursuant to Fed. R. Civ. P. Rules 12(b)(1) and 12(b)(6).

Dated: Albany, New York
March 1, 2012

**ERIC T. SCHNEIDERMAN**
Attorney General of the State of New York
Attorney for New York State defendants
Office of the Attorney General
The Capitol
Albany, New York  12224

s/Charles J. Quackenbush
Charles J. Quackenbush
Assistant Attorney General, of Counsel
BRN 601683
(518) 402-2270

4

Printed [Reproduced] on Recycled Paper

**To:**

Jeffrey P. Mans, Esq.
Sheehan, Greene Law Firm
Counsel for plaintiffs in *NYSCOPBA*
54 State Street, Suite 1001
Albany, NY 12207

Christine A. Caputo Granich, Esq.
New York State Law Enforcement Officers
Union, District 82
Counsel for plaintiffs in *Council 82*
63 Colvin Avenue
Albany, NY 12206

Stephen G. DeNigris, Esq.
Office of Stephen G. DeNigris
Counsel for plaintiffs in *NYSP PBA*
2100 M Street, N.W., Suite 170-283
Washington, DC 20037-1233

Mark T. Walsh, Esq.
Richard C. Reilly, Esq.
Gleason, Dunn Law Firm
Counsel for plaintiffs in *NYSPIA & PBA*
40 Beaver Street
Albany, NY 12207

Robert T. Reilly, Jr., Esq.
New York State United Teachers
Counsel for plaintiffs in *UUP*
800 Troy-Schenectady Road
Latham, NY 12110-2455

Paul S. Bamberger, Esq.
Civil Service Employees Association, Inc.
Counsel for plaintiffs in *CSEA*
143 Washington Avenue
P.O. Box 7125, Capitol Station
Albany, NY 12224

Lisa M. King, Esq.
John F. Kershko, Esq.
Public Employees Federation, AFL-CIO
Office of General Counsel
Counsel for plaintiffs in *PEF*
1168-70 Troy-Schenectady Road
Albany, NY 12110

Erica C. Gray-Nelson, Esq.
District Council 37
Counsel for plaintiffs in *Council 37*
125 Barclay Street
New York, NY 10007

5