# Quackenbush Appendix B

NYSenate.gov: Senators | Committees | Issues & Initiatives | Newsroom

Feedback | Mobile Access | Developers

Bills   Calendars   Meetings   Transcripts   Actions   Votes | Browse by: Sponsor, Committee

| Advanced | View Comments

Be notified of updates to this page:

Privacy | Third-Party Service Info
Use BillBuzz to read what's being said about legislation

# A7871-2011: Prohibits public employers from diminishing the health insurance benefits and contributions of retired public employees

Versions: A7871-2011

Print HTML Page / Print Original Bill Format /    ShareThis  / Read or Leave Comments

Prohibits public employers from diminishing the health insurance benefits and contributions of retired public employees.

**Sponsor:** Spano
**Law Section:** Insurance

## A7871-2011 Actions

- Dec 6, 2011: enacting clause stricken
- May 19, 2011: referred to governmental employees

## A7871-2011 Text

```
        S T A T E   O F   N E W   Y O R K
```

```
                                  7871

 2011-2012 Regular Sessions
 I N  ASSEMBLY
 May 19, 2011


 Introduced  by M. of A. SPANO -- read once and referred to the Committee
  on Governmental Employees


AN ACT prohibiting public employers from diminishing the  health  insur
 ance benefits and contributions of retired public employees


THE PEOPLE OF THE STATE OF NEW YORK, REPRESENTED IN SENATE AND ASSEM
 BLY, DO ENACT AS FOLLOWS:



Section 1. On and after the effective  date  of  this  act,  a  public
 employer shall be prohibited from diminishing the health insurance bene
  fits  provided  to  public employee retirees and their dependents or the
 contributions such employer makes for  such  health  insurance  coverage
 below the level of such benefits or contributions made on behalf of such
 retirees  and  their  dependents by such employer unless a corresponding
 diminution of benefits or contributions is effected from  the  level  of
 benefits  or  contributions  provided to a corresponding group of active
 employees for such retirees.


S 2. For purposes of  this  act, "public  employer"  shall  mean  the
 following:  (i)  the  state; (ii) a county, city, town or village; (iii)
 any governmental entity operating a college or university; (iv) a public
 improvement or special district; (v) a public authority,  commission  or
 public  benefit  corporation; or (vi) any other public corporation, agen
 cy, instrumentality or unit of government  which  exercises  governmental
 power under the laws of this state.


S  3.  Nothing  contained  in this act shall supersede or diminish the
 terms of a collective bargaining agreement or an administrative code.


S 4. Nothing contained in this act shall  require  a  public  employer
 which  does  not provide health insurance benefits to retirees and their
 dependents as of the effective date of this act to offer such benefits.


S 5. This act shall take effect immediately.
 EXPLANATION--Matter in ITALICS (underscored) is new; matter in brackets
 [ ] is old law to be omitted.
 LBD10282-02-1
```

**By contributing or voting you agree to the Terms of Participation and Privacy Policy and verify you are over 13.**

### Discuss!

Like

**Showing 0 comments**

Sort by newest first


S [RSS](#)

## Add New Comment

[Login](#)



Type your comment here.

Trackback URL: http://disqus.com/forums

blog comments powered by **DISQUS**

This work is licensed under a Creative Commons Attribution-Noncommercial-No Derivative Works 3.0 United States License.
Permissions beyond the scope of this license are available at http://www.nysenate.gov/copyright-policy.

The software and services provided under this site are offered under the BSD License and the GPL v3 License.