# Quackenbush Appendix C



**Watch Live**

Bill No.: [A02007]  [ Search ]

☑ **Summary**  ☐ Actions  ☐ Votes  ☐ Memo  ☑ **Text**  *(Printer friendly text)*

Back

Bill Search & Legislative
Information Home

Assembly Home

Bill / Floor Vote Search

New York State Laws

Legislative Calendar

Public Hearing Schedules

Assembly Calendars

Assembly Committee
Agenda

## A02007 Summary:

BILL NO    A02007

SAME AS    Same as S 4371

SPONSOR    Weprin (MS)

COSPNSR    Schroeder, Schimel, Gabryszak, DenDekker, Zebrowski, Gunther, Spano, Markey, Stevenson

MLTSPNSR   Burling, Castelli, Montesano, Saladino, Weisenberg


Prohibits the diminution of health insurance benefits of public employee retirees and their dependents or reducing the employer's contributions for such insurance; defines employers to include the state, municipalities, school districts, and public authorities and commissions.

*Go to top*

## A02007 Text:

```
                S T A T E   O F   N E W   Y O R K
            _____

                                    2007

                        2011-2012 Regular Sessions

                         I N   A S S E M B L Y

                            January 12, 2011
                            _____

        Introduced  by  M.  of  A. WEPRIN, SCHROEDER, SCHIMEL, PHEFFER, DESTITO,
          GABRYSZAK, DenDEKKER, ZEBROWSKI, GUNTHER, SPANO -- Multi-Sponsored by
          -- M. of A. BURLING, WEISENBERG -- read once and referred to the
          Committee on Governmental Employees

        AN ACT to prohibit public employers from diminishing the  health  insur-
          ance benefits and contributions of certain retired public employees

          THE  PEOPLE OF THE STATE OF NEW YORK, REPRESENTED IN SENATE AND ASSEM-
        BLY, DO ENACT AS FOLLOWS:

     1    Section 1. On and after the effective  date  of  this  act,  a  public
     2  employer shall be prohibited from diminishing the health insurance bene-
     3  fits provided to retirees and their dependents or the contributions such
     4  employer  makes  for  such  health insurance coverage below the level of
     5  such benefits or contributions made on behalf of such retirees and their
     6  dependents by such employer as of the effective date of this act.    For
     7  the purpose of this act, "public employer" shall mean the following: (i)
     8  the  state; (ii) a county, city, town or village; (iii) any governmental
     9  entity operating a college or university; (iv) a public  improvement  or
    10  special  district  including  police  or  fire  districts; (v) a public
    11  authority, commission or public benefit corporation; or (vi)  any  other
    12  public  corporation, agency, instrumentality or unit of government which
    13  exercises governmental power  under  the  laws  of  this  state.    The  term
    14  public  employer shall not include any school district, board of cooper-
    15  ative educational services, vocational education and extension board  or
    16  school district as enumerated in section 1 of chapter 566 of the laws of
    17  1977, as amended.
    18    S  2.  Nothing  contained  in this act shall supersede or diminish the
    19  terms of a collective bargaining agreement.
    20    S 3. Notwithstanding the provisions of section one of this act to  the
```

*Page display time = 0.0225 sec*