# Quackenbush Appendix D

NYSenate.gov: Senators |  Committees |  Issues & Initiatives |  Newsroom

Feedback  |  Mobile Access  |  Developers

Bills   Calendars   Meetings   Transcripts   Actions   Votes | Browse by: Sponsor, Committee
| Advanced | View Comments

Be notified of updates to this page:
Privacy | Third-Party Service Info
Use BillBuzz to read what's being said about legislation

# S5714-2011: Prohibits public employers from diminishing the health insurance benefits and contributions of retired public employees

Versions: S5714-2011

Print HTML Page / Print Original Bill Format /      ShareThis  / Read or Leave Comments

Prohibits public employers from diminishing the health insurance benefits and contributions of retired public employees in the police and fire retirement systems.

**Sponsor:** MARTINS / **Committee:** INSURANCE
**Law Section:** Insurance

## S5714-2011 Actions

- Jan 4, 2012: REFERRED TO INSURANCE
- Jun 13, 2011: REFERRED TO RULES

## S5714-2011 Memo

```
BILL NUMBER:S5714

TITLE OF BILL:
An act
prohibiting public employers from diminishing the health insurance
benefits and contributions of retired public employees in the New York
state and local police and fire retirement system

PURPOSE OF BILL:
To protect the health insurance benefits of State and local public
government retirees and their dependents.

SUMMARY OF PROVISIONS OF BILL:
This bill would provide that governmental employers would be
prohibited from providing retired members of the New York State and
local police and fire retirement system, and the New York City police
and fire department pension funds and their dependents a diminished
level of health insurance benefits than the level of such benefits
provided to corresponding active public employees. The bill would
apply only to retired members of the New York State and Local State
and local police and fire retirement system, and the New York City
police and fire department pension funds and their dependents.
Collective bargaining agreements would take precedence over this
prohibition and there would be no requirement that governmental
entities offer health insurance benefits if they are not currently
```

Case 1:12-cv-00046-MAD-CFH   Document 10-6   Filed 03/01/12   Page 3 of 5

```
  provided.

  JUSTIFICATION:
  Health insurance coverage is of tremendous importance to retirees and
  their dependents. This bill creates a uniform standard of protection
  which applies to both active and retired employees and their
  dependents, unless covered by a union contract. Police and
  Firefighter retirees have no other protection as they have no
  ability, once retired, to bargain for benefits they were promised
  when they were hired.

  PRIOR LEGISLATIVE HISTORY:
  This is a new bill.

  FISCAL IMPLICATIONS:
  Minimal since the existing level of benefits would be continued.

  EFFECTIVE DATE:
  Immediately upon enactment.
```

## S5714-2011 Text

```
  S T A T E   O F   N E W   Y O R K
```

```
                                  5714

  2011-2012 Regular Sessions
  I N  SENATE
  June 13, 2011


   Introduced  by  Sen. MARTINS -- read twice and ordered printed, and when
    printed to be committed to the Committee on Rules



 AN ACT prohibiting public employers from diminishing the  health  insur
   ance benefits and contributions of retired public employees in the New
   York state and local police and fire retirement system


  THE PEOPLE OF THE STATE OF NEW YORK, REPRESENTED IN SENATE AND ASSEM
   BLY, DO ENACT AS FOLLOWS:



  Section 1. On and after the effective  date  of  this  act,  a  public
    employer shall be prohibited from diminishing the health insurance bene
    fits  provided  to  public employee retirees and their dependents or the
    contributions such employer makes for  such  health  insurance  coverage
    below the level of such benefits or contributions made on behalf of such
    retirees  and  their  dependents by such employer unless a corresponding
    diminution of benefits or contributions is effected from  the  level  of
    benefits  or  contributions  provided to a corresponding group of active
    employees for such retirees.


  S 2. For purposes of this act, "public  employee  retirees  and  their
    dependents"  shall  mean  retired members and dependents of the New York
    state and local police and fire retirement system,  the  New  York  city
    police  department  pension  fund  and the New York city fire department
    pension fund.


  S 3. For purposes of  this  act,  "public  employer"  shall  mean  the
    following:  (i)  the  state; (ii) a county, city, town or village; (iii)
    any governmental entity operating a college or university; (iv) a public
    improvement or special district; (v) a public authority,  commission  or
    public  benefit  corporation; or (vi) any other public corporation, agen
    cy, instrumentality or unit of government which  exercises  governmental
    power under the laws of this state.


  S  4.  Nothing  contained  in this act shall supersede or diminish the
    terms of a collective bargaining agreement.
    EXPLANATION--Matter in ITALICS (underscored) is new; matter in brackets
    [ ] is old law to be omitted.
    LBD11648-01-1
```

Case 1:12-cv-00046-MAD-CFH   Document 10-6   Filed 03/01/12   Page 5 of 5

```
         S. 5714                             2

 S 5. Nothing contained in this act shall  require  a  public  employer
  which  does  not provide health insurance benefits to retirees and their
  dependents as of the effective date of this act to offer such benefits.


 S 6. This act shall take effect immediately.
```

**\*By contributing or voting you agree to the Terms of Participation and Privacy Policy and verify you are over 13.**

## Discuss!

**Like**

## Showing 0 comments

\*  Subscribe by email   . RSS

## Add New Comment

Login



Trackback URL

blog comments powered by **DISQUS**

 This work is licensed under a Creative Commons Attribution-Noncommercial-No Derivative Works 3.0 United States License.
Permissions beyond the scope of this license are available at http://www.nysenate.gov/copyright-policy.

The software and services provided under this site are offered under the BSD License and the GPL v3 License.