**American Federation of State, County & Municipal Employees, AFL-CIO**

125 BARCLAY STREET • NEW YORK, NY 10007-2179

**LEGAL DEPARTMENT**

Telephone: 212-815-1450
Fax: 212-815-1440

**District Council 37**

March 5, 2012

MARY J. O'CONNELL
*General Counsel*

ROBIN ROACH
*Associate General Counsel*

STEVEN E. SYKES
*Senior Assistant General Counsel*

*Assistant General Counsel*
Alan M. Brown
Thomas Cooke
Jesse Gribben
Dena Klein
Erica Gray-Nelson
Meaghean Murphy
Ximena Naranjo
Aaron S. Amaral
Deena S. Mikhail

Hon. Mae A. D'Agostino
U.S. District Judge
U.S. District Court - Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

      Re: Roberts, et al. v. State of New York, et al.
         Case No.: 1:12-cv-0046 (MAD/DRH)

Dear Judge D'Agostino:

  On March 1, 2012, the State defendants filed a motion to dismiss in the above-referenced action pending before your Honor, returnable before the Court on April 3, 2012. Pursuant to L.R. 7.1(b)(1), plaintiffs' opposition papers are due on March 19, 2012. On behalf of the plaintiffs in the above-referenced action, I write to respectfully request an extension of time, from March 19, 2012 to April 18, 2012, to file plaintiffs' opposition papers with the Court and serve them upon the other parties, and making the motion returnable before the Court on May 15, 2012.

  The requested extension in this proceeding is very necessary based upon the demands of my practice and in order to allow me sufficient time to fully address the issues raised in defendants' dispositive motion. Counsel for the State defendants, Assistant Attorney General Charles Quackenbush, has graciously consented to this request. Thank you for your consideration.

           Respectfully yours,

           Erica C. Gray-Nelson
           Bar Roll No. 516294

cc: Counsel of Record (via ECF)