UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Council 37, *et al.*, <br><br> *Plaintiffs*, <br><br> -against- <br><br> The State of New York, *et al,* <br><br> *Defendants*. | 1:12-CV-0046 (MAD)(DRH) |
| Council 82, *et al.*, <br><br> *Plaintiffs*, <br><br> -against- <br><br> The State of New York, *et al.*, <br><br> *Defendants*. | 1:11-CV-1525 (MAD)(DRH) |
| CSEA, *et al.*, <br><br> *Plaintiffs*, <br><br> -against- <br><br> The State of New York, *et al.*, <br><br> *Defendants*. | 1:11-CV-1530 (MAD)(DRH) |
| NYSCOPBA, *et al.*, <br><br> *Plaintiffs*, <br><br> -against- <br><br> The State of New York, *et al.*, <br><br> *Defendants*. | 1:11-CV-1523 (MAD)(DRH) |

| | |
|---|---|
| NYSP PBA, *et al.*,<br><br>                                               *Plaintiffs*,<br>             -against-<br><br>The State of New York, *et al.*,<br><br>                                               *Defendants*. | 1:11-CV-1526<br>(MAD)(DRH) |
| NYSPIA, *et al.*,<br><br>                                               *Plaintiffs*,<br>             -against-<br><br>The State of New York, *et al.*,<br><br>                                               *Defendants*. | 1:11-CV-1527<br>(MAD)(DRH) |
| PBA of New York State, Inc., *et al.*,<br><br>                                               *Plaintiffs*,<br>             -against-<br><br>The State of New York, *et al.*,<br><br>                                               *Defendants*. | 1:11-CV-1528<br>(MAD)(DRH) |
| PEF, *et al.*,<br><br>                                               *Plaintiffs*,<br>             -against-<br><br>The State of New York, *et al.*,<br><br>                                               *Defendants*. | 1:11-CV-1533<br>(MAD)(DRH) |
| NYSCOA, *et al*,<br><br>                                               *Plaintiffs,*<br>             -against-<br><br>The State of New York, *et al.*,<br><br>                                               *Defendants*. | 1:12-CV-0532<br>(MAD)(CFH) |

| | |
|---|---|
| UUP, *et al.*,<br><br>                                            *Plaintiffs*,<br><br>                -against-<br><br>The State of New York, *et al.*,<br><br>                                            *Defendants*. | 1:11-CV-1529<br>(MAD)(DRH) |

## NOTICE OF DEFENDANTS'
## MOTION FOR RECONSIDERATION

          **ERIC T. SCHNEIDERMAN**
          Attorney General of the State of New York
          Attorney for Defendants
          The Capitol
          Albany, New York 12224-0341

By:  Charles J. Quackenbush
       BRN 601683
       Assistant Attorney General, Of Counsel
       (518) 402-2270
       charles.quackenbush@ag.ny.gov

       Kevin P. Hickey
       BRN 509796
       Assistant Attorney General, Of Counsel
       (518) 474-4367
       kevin.hickey@ag.ny.gov

PLEASE TAKE NOTICE that upon the plaintiffs' Complaints/Amended Complaints, defendants' Memorandum, the Rule 12(b) Decisions/Orders of this Court issued on December 5, 2012, the Declaration of AAG Charles Quackenbush with an annexed copy of *RPEA v. Cuomo, et al*, 2012 N.Y. Misc. LEXIS 5714 (Albany Sup. 12/17/12) and upon all prior proceedings, the New York State defendants on **Tuesday, March 19, 2013 at 10:00 a.m.** will make a Motion for Reconsideration under Fed. R. Civ. P. Rule 60 at the United States District Court, Northern District of New York, Albany, N.Y. before the Honorable United States District Judge Mae A. D'Agostino, by which the defendants will seek an Order dismissing the remainder of plaintiffs' actions pursuant to Rules 12(b)(1) and 12(b)(6).

Dated: Albany, New York
       February 7, 2013

                  **ERIC T. SCHNEIDERMAN**
                  Attorney General of the State of New York
                  Attorney for New York State defendants
                  Office of the Attorney General
                  The Capitol
                  Albany, New York  12224

           By: s\Charles J. Quackenbush
                  Charles J. Quackenbush
                  Assistant Attorney General, of Counsel
                  BRN 601683
                  (518) 402-2270
                  charles.quackenbush@ag.ny.gov

Printed [Reproduced] on Recycled Paper

**To:**

Jeffrey P. Mans, Esq.
Sheehan, Greene Law Firm
Counsel for plaintiffs in *NYSCOPBA*
54 State Street, Suite 1001
Albany, NY 12207

Christine A. Caputo Granich, Esq.
New York State Law Enforcement Officers
Union, District 82
Counsel for plaintiffs in *Council 82*
63 Colvin Avenue
Albany, NY 12206

Stephen G. DeNigris, Esq.
Office of Stephen G. DeNigris
Counsel for plaintiffs in *NYSP PBA*
2100 M Street, N.W.
Suite 170-283
Washington, DC
20037-1233

Mark T. Walsh, Esq.
Gleason, Dunn Law Firm
Counsel for plaintiffs in *NYSPIA*
40 Beaver Street
Albany, NY 12207

Richard C. Reilly, Esq.
Gleason, Dunn Law Firm
Counsel for plaintiffs in *PBA*
40 Beaver Street
Albany, NY 12207

Harold Eisenstein, Esq.
Robert T. Reilly, Jr., Esq.
NYSUT - Latham Office
Counsel for plaintiffs in *UUP*
800 Troy-Schenectady Road
Latham, NY 12110-2455

Paul S. Bamberger, Esq.
Civil Service Employees Association, Inc.
Counsel for plaintiffs in *CSEA*
143 Washington Avenue
P.O. Box 7125, Capitol Station
Albany, NY 12224

Lisa M. King, Esq.
Rita Strauss, Esq.
John F. Kershko, Esq.
Public Employees Federation, AFL-CIO
Office of General Counsel
Counsel for plaintiffs in *PEF*
1168-70 Troy-Schenectady Road
Albany, NY 12110

Erica C. Gray-Nelson, Esq.
District Council 37
Counsel for plaintiffs in *Council 37*
125 Barclay Street
New York, NY 10007

Amer Pharaon, Esq.
James E. Tyrrell, Jr., Esq.
Patton, Boggs Law Firm - NJ Office
Counsel for plaintiffs in *NYSCOA*
One Riverfront Plaza
Newark, NJ 07102

5