American Federation of State, County & Municipal Employees, AFL-CIO

125 BARCLAY STREET • NEW YORK, NY 10007-2179

**LEGAL DEPARTMENT**

Telephone: 212-815-1450
Fax: 212-815-1440

**District Council 37**

MARY J. O'CONNELL
*General Counsel*

ROBIN ROACH
*Associate General Counsel*

STEVEN E. SYKES
*Senior Assistant General Counsel*

*Assistant General Counsel*
Alan M. Brown
Thomas Cooke
Jesse Gribben
Dena Klein
Erica Gray-Nelson
Meaghean Murphy
Ximena Naranjo
Aaron S. Amaral
Deena S. Mikhail

February 22, 2013

**VIA ECF**
Hon. Mae A. D'Agostino
U.S. District Judge
U.S. District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

        Re:    Roberts, et al. v. State of New York, et al.
              Case No.: 1:12-cv-0046 (MAD/DRH)

Dear Judge D'Agostino:

      The undersigned counsel represents the plaintiffs in the above-referenced matter. On behalf of the plaintiffs, I respectfully request an extension of time to submit papers in opposition to the defendants' motion for reconsideration. Specifically, we are requesting that our time to file opposition papers is extended until **March 22, 2013**, with the dates for the defendants' reply and the return date set accordingly.

      Counsel for the defendants, Charles Quackenbush, Esq., has consented to this request. Thank you for your consideration.

                                      Respectfully yours,

                                      /s/Erica Gray-Nelson
                                      Erica C. Gray-Nelson
                                      Bar Roll No. 516294
                                      (212) 895-4931 (Temp.)
                                      egray-nelson@dc37.net

cc:    Charles Quackenbush, Esq. (via ECF)

